# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WADE RYAN OSTARLY

NO. 2026 KW 0083

**APRIL 20, 2026**

---

In Re:    Wade Ryan Ostarly, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 3336-F-2019.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED.** Relator represents that the district court has failed to act on his remaining application for postconviction relief claims. If relator's representation is correct, the district court is ordered to act on the claims, if it has not already done so, on or before May 22, 2026 and to file a copy of its ruling with this court on or before May 29, 2026.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT